| | |
|---|---|
| 1 | CHARLES A. BONNER, ESQ. (S.B. #85413) |
|   | A. CATHERINE LAGARDE, ESQ. (S.B. #209255) |
| 2 | LAW OFFICES OF CHARLES A. BONNER |
|   | 180 Harbor Drive, Suite 227 |
| 3 | Sausalito, CA 94965 |
|   | Tel: (415) 331-3070 |
| 4 | Fax: (415) 331-2738 |
| 5 | Attorneys for Plaintiffs |
| 6 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
|   | LORI E. PEGG, Lead Deputy County Counsel (S.B. #129073) |
| 7 | LISA HERRICK, Deputy County Counsel (S.B. #157115) |
|   | OFFICE OF THE COUNTY COUNSEL |
| 8 | 70 West Hedding Street, East Wing, Ninth Floor |
|   | San Jose, California 95110-1770 |
| 9 | Telephone: (408) 299-5900 |
| 10 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/27/05*

| | | |
|---|---|---|
| ERIC POLK, | ) | No. C-04-01630 RMW |
| Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| RICHARD SULLIVAN, | ) | No. C-05-01735 RMW |
| Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| ERIC ADAMS, | ) | No. C-05-01736 RMW |
| Plaintiff, | ) | |
| v. | ) | |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Proposed] Order
Continuing CMC                                  1                          C-04-01630 RMW, et al.

| | |
|---|---|
| 1  COUNTY OF SANTA CLARA, et al., | ) STIPULATION AND [~~PROPOSED~~] ORDER |
|                                   | ) CONTINUING CASE MANAGEMENT |
| 2     Defendants.                 | ) CONFERENCE |
| 3  _____    | ) |
|                                   | Date:  October 28, 2005 |
|                                   | Time:  10:30 a.m. |
| 4                                 | Crtrm: 6 |
|                                   | Judge:  Judge Ronald M. Whyte |

## STIPULATION

The parties, through counsel, hereby stipulate that they have settled these cases and are in the process of finalizing the settlement agreement(s). Thus, the parties respectfully request that the Court continue the Case Management Conferences pending dismissal.

Dated: October 25, 2005                LAW OFFICES OF CHARLES A. BONNER

                                       By: _____
                                           A. CATHERINE LAGARDE
                                           Attorney for Plaintiffs

Dated: October 26, 2005                ANN MILLER RAVEL
                                       County Counsel

                                       By: _____
                                           LISA HERRICK
                                           Deputy County Counsel

                                       Attorneys for Defendants

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED that the Case Management Conference scheduled for October 28, 2005, at 10:30 a.m. is continued to December 2, 2005, at 10:30 a.m.

Dated: 10/27/05                        /s/ Ronald M. Whyte
                                       _____
                                       HON. RONALD M. WHYTE